IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-3-FL |
| | ) | |
| STATE OF NEW HAMPSHIRE | ) | |
| | ) | |
| Defendant. | ) | |

- - - - -

| | | |
|---|---|---|
| RICHARD COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-53-FL |
| | ) | |
| STATE OF NEW HAMPSHIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

These actions are before the court on the memorandum and recommendation ("M&R") in each case of Magistrate Judge James E. Gates, pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), wherein it is recommended that the court transfer plaintiff's actions on frivolity review under 28 U.S.C. § 1915(e)(2)(B). Plaintiff did not object to the M&Rs. The magistrate judge determined that plaintiff's actions must be transferred to the District of New Hampshire, pursuant to 28 U.S.C. § 1406(a), or, alternatively, 28 U.S.C. § 1404(a). Upon careful review of the M&Rs and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. These actions are TRANSFERRED to the District of

New Hampshire pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a). The clerk is DIRECTED to close this case.

SO ORDERED, this the 14th day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge